ACCEPTED
04-14-00709-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/2/2015 10:38:51 AM
KEITH HOTTLE
CLERK

## Nos. 04-14-00709-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH JUDICIAL DISTRICT** |
| **FRANCISCO JAVIER GONZALEZ** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/2/2015 10:38:51 AM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF

From the 399th District Court of Bexar County, Texas
Trial Court No. 2011-CR-9697
Hon. Ray J. Olivarri, Judge Presiding

In accordance with Tex. R. App. P. 10.5(b), the undersigned submits the following:

Appellant's brief is due to be filed on Monday, the 6th of April, 2015. The undersigned requests additional time to prepare and file Appellant's opening brief. Counsel has recently received the trial court's findings of fact and conclusions of law, tendered to counsel on March 31, 2015. Counsel has been working on Appellant's brief but needs time to incorporate the court's ruling and amend his arguments. Counsel has also been preparing two writs of habeas corpus, one in Bexar County and one in Dallas County, which have forced counsel to divert his attention from this appeal. Counsel requests an extension of twenty-one (21) days, to and including Monday, April 27, 2015. This is Appellant's third request for an extension.

**Appellant has spoken with the Bexar County District Attorney's Office regarding this motion and, per Chief Appellate Prosecutor RicoValdez, they are not opposed to granting this request for an extension of time.**

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz, LLC.
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax

By:   <u>/s/ Robert A. Jimenez</u>
      SBN: 24059125

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 24th day of April, 2015 a copy of the foregoing "Motion for Extension of Time to File Appellant's Opening Brief" has been electronically filed with this Court, and will be served to the Bexar County District Attorney's Office on April 2, 2015.

<u>/s/ ROBERT A. JIMENEZ</u>